## CORPORATE RESOLUTION

I, Neil Larsen, declare under penalty of perjury, that I am the managing member of EXTRA VALUE LAUNDRY @ PLAZA MEXICO, LLC (the "Company"), and that on December 31, 2014, the following resolutions were duly adopted:

Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Neil Larsen is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company;

Be It Further Resolved, that Neil Larsen, the managing member of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be it Further Resolved, that Neil Larsen is authorized and directed to employ the law firm of Philip M. Falco to represent the Company in such bankruptcy case.

Executed as of December 31, 2014.

EXTRA VALUE LAUNDRY @ PLAZA MEXICO, LLC

By: Neil Larsen
Its: Managing Member


By: Edward Vickland
Member


By: Robert Herzog
Member


By: Roy Forsgren
Member


By: Jacquelyn L. Ramirez
Member

CORPORATE RESOLUTION

I, Neil Larsen, declare under penalty of perjury, that I am the managing member of EXTRA VALUE LAUNDRY @ PLAZA MEXICO, LLC (the "Company"), and that on December 31, 2014, the following resolutions were duly adopted:

Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Neil Larsen is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company;

Be It Further Resolved, that Neil Larsen, the managing member of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be it Further Resolved, that Neil Larsen is authorized and directed to employ the law firm of Philip M. Falco to represent the Company in such bankruptcy case.

Executed as of December 31, 2014.

EXTRA VALUE LAUNDRY @ PLAZA MEXICO, LLC

_____
By: Neil Larsen
Its: Managing Member

_____[signature]_____
By: Edward Vickland
Member


_____
By: Robert Herzog
Member


_____
By: Roy Forsgren
Member